FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  2004 APR -5  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOCAL UNION NO. 96, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>OSTROW ELECTRIC COMPANY, INC.,<br><br>Defendant. | C.A. No.<br><br>**04-40047-NMG** |

## COMPLAINT

1. This is an action to enforce an arbitration award pursuant to §301 of Labor Management Relations Act (the "Act"), 29 U.S.C. §185. This court has jurisdiction pursuant to 29 U.S.C. §185 and 28 U.S.C. §1331 and 1337.

2. Plaintiff, IBEW Local 96, is a labor organization within the meaning of 29 U.S.C. §185 and is the duly authorized collective bargaining representative pursuant to the Act, 29 U.S.C. §152, et seq., of electricians employed in the geographic area of Central Massachusetts. Plaintiff maintains its principal office in Worcester, Massachusetts.

3. Defendant Ostrow Electric Company, Inc. is an employer within the meaning of 29 U.S.C. §152(2) and §185, does business in this judicial district, and has its principal place of business in Worcester.

RECEIPT # 404291
AMOUNT $ 150.-
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. _____
DATE 4-5-04

4. Plaintiff and defendant are parties to and bound by one or more collective bargaining agreements that are contracts within the meaning of 29 U.S.C. §185 (a) and that, among other things, provide for arbitration of disputes rising under the agreements.

5. Plaintiff invoked the grievance and arbitration provision of the applicable collective bargaining agreement and submitted to arbitration a dispute with defendant that had arisen under the collective bargaining agreement.

6. The parties' collective bargaining agreement provides that the Council on Industrial Relations for the Electrical Contracting Industry is authorized to hear and adjudicate "all grievances or questions in dispute," and that the Council's decisions are final and binding on the parties.

7. Following a hearing on the plaintiff's grievance concerning compensation for overtime, of which the defendant was given notice, the Council duly issued an Award on February 17, 2004 sustaining plaintiff's grievance against defendant and ordering defendant to "pay to all the appropriate workers the overtime rate as per Section 3.02(a) of the Collective Bargaining Agreement." A copy of the Award is attached as Exhibit A.

8. To date and without any lawful justification, defendant has refused to comply with the Council's Award.

WHEREFORE, plaintiff respectfully requests that judgment be entered against defendant:

    a.    ordering defendant to pay to all the appropriate workers the overtime rate as per Section 3.02(a) of the Collective Bargaining Agreement.

    b.    ordering defendant to pay plaintiff's costs and attorney's fees for bringing this action; and

    c.    awarding such other and further relief as may be just and proper.

Dated: 4/2/04

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
255 Friend Street
Boston, MA 02114
(617) 723-8440

_____
Attorney for plaintiff, IBEW Local No. 96

# Exhibit A

# Council on Industrial Relations
## for the
# Electrical Contracting Industry

DECISION NO. 7487

Worcester, Massachusetts
February 17, 2004
Inside

PARTIES IN DISPUTE:
Central Massachusetts Chapter, NECA
Local Union No. 96, IBEW

PRESENTATION:
By brief and oral argument for Both

APPEARANCES:
For Central Massachusetts Chapter, NECA: J. Ostrow
For Local Union No. 96, IBEW: L. Miller, Jr.

MATTERS IN DISPUTE:
1.   Article III, Section 3.02(a), Overtime Rate of Pay

MEMBERS OF COUNCIL SITTING

| FOR THE EMPLOYER | FOR THE UNION |
|---|---|
| R. Ferry | P. Curley |
| R. D. Gibson | C. Burge |
| D. Harwood | J. Kauffman |
| G. Higgins | W. Rancourt |
| S. King | H. Ritchie, Jr. |
| J. Negro | D. Tidwell |

DECISION:
After careful consideration of the evidence submitted, the Council rules as follows:

1.   In the instant case, the contractor is found in violation of the Collective Bargaining Agreement and shall pay to the appropriate workers the overtime rate as per Section 3.02(a) of the Collective Bargaining Agreement.

The parties are instructed to develop a reasonable method or procedure for requesting concessions and confirmation of those concessions.



DECISION NO. 7487

COUNCIL ON INDUSTRIAL RELATIONS
FOR THE ELECTRICAL CONTRACTING INDUSTRY

UNANIMOUSLY ADOPTED:
Washington, D.C.
February 17, 2004

_____
Acting Co-Chairman

_____
Acting Co-Chairman

_____
Secretary

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LOCAL UNION NO. 96, I.B.E.W.

## DEFENDANTS
OSTROW ELECTRIC COMPANY, INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher N. Souris
Krakow & Souris
225 Friend St., Boston, MA 02114    617-723-8440

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury— Med. Malpractice | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury — Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 330 Federal Employers' Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☒ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | **PERSONAL PROPERTY** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 370 Other Fraud | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | ☐ 371 Truth in Lending | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | ☐ 380 Other Personal Property Damage | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 385 Property Damage Product Liability | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 350 Motor Vehicle | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 355 Motor Vehicle Product Liability | | | |
| ☐ 240 Torts to Land | ☐ 360 Other Personal Injury | | | |
| ☐ 245 Tort Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| ☐ 290 All Other Real Property | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | |
| | ☐ 442 Employment | ☐ 530 General | | |
| | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | | |
| | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Enforce arbitration award Section 301 LMRA, 29 U.S.C. Section 185

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE 4/2/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  **Local Union No. 96, International Brotherhood of Electrical Workers, v. Ostrow Electric Company, Inc.**

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
    YES ÿ    **NO** ÿ

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
    YES ÿ    **NO** ÿ

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
    YES ÿ    NO ÿ

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
    YES ÿ    **NO** ÿ

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
    **YES** ÿ    NO ÿ

    A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
        EASTERN DIVISION ÿ    **CENTRAL DIVISION** ÿ    WESTERN DIVISION ÿ

    B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
        EASTERN DIVISION ÿ    CENTRAL DIVISION ÿ    WESTERN DIVISION ÿ

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME     **Christopher N Souris, Krakow & Souris**

ADDRESS  **225 Friend Street, Boston, MA 02114**

TELEPHONE NO.     **617-723-8440**