# United States District Court

DISTRICT OF MASSACHUSETTS

LOCAL UNION NO. 96 I.B.E.W.

V.

OSTROW ELECTRIC COMPANY, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-40047-NMG

TO: (Name and Address of Defendant)

> Ostrow Electric Company, Inc.
> 9 Mason Street
> Worcestser, MA 01609

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Christopher N. Souris
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE 4-5-04

BY DEPUTY CLERK (signed) Sherry Jones

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

04/15/2004

I hereby certify and return that on 04/14/2004 at 12:39pm I served a true and attested copy of the Summons and Complaint, Exhibit A in this action in the following manner: To wit, by delivering in hand to DAN HOOD, agent, person in charge at the time of service for OSTROW ELECTRIC COMPANY, INC. at 9 MASON ST, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff. Kenneth R Hannam

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                       Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.