UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCAL UNION NO. 96, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ) ) ) Plaintiff, ) ) v. ) ) OSTROW ELECTRIC COMPANY, INC., ) ) Defendant. ) ) ) | C.A. No. 04-40047-NMG |

NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i), plaintiff hereby gives notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

Dated: June 15, 2004                    Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
255 Friend Street
Boston, MA 02114
(617) 723-8440

Attorney for plaintiff, IBEW Local No. 96

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to Ostrow Electric Co., Inc., 9 Mason Street, Worcester, MA 01609 and Joseph M. Pacella, Egan Flanagan & Cohen, 67 Market Street, Springfield, MA 01102.

Christopher N. Souris